

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-20-2015

# In Re: Steven Mensah-Yawson

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"In Re: Steven Mensah-Yawson" (2015). *2015 Decisions.* Paper 395.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/395

This April is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 15-1112
_____

IN RE:  STEVEN MENSAH-YAWSON,

Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the Western District of Pennsylvania
(Related to W.D. Pa. Crim. No. 2-09-cr-00276-001)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
March 19, 2015
Before:  MCKEE, Chief Judge, GARTH and BARRY, Circuit Judges

(Filed: April 20, 2015)
_____

OPINION[*]
_____

PER CURIAM

Before us is Steven Mensah-Yawson's petition for a writ of mandamus, in which

he requests an order directing the District Court to rule on his petition for a writ of error

coram nobis.  The District Court ruled on and denied that petition on April 2, 2015.

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

Thus, Mensah-Yawson's mandamus petition is moot and we will dismiss it on that basis.

See Blanciak v. Allegheny Ludlum Corp., 77 F.3d 690, 698-99 (3d Cir. 1996).